1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

NUHEARA IP PTY LTD and NUHEARA
LIMITED,

                Plaintiffs,

   v.

ANKER INNOVATIONS LIMITED,
FANTASIA TRADING LLC d/b/a
ANKERDIRECT, and POWER MOBILE
LIFE, LLC,

                Defendants.

Case No. 2:20-cv-01161-BJR

**STIPULATION AND ORDER TO
EXTEND TIME TO RESPOND TO
COMPLAINT**

WHEREAS, Plaintiff Nuheara IP Pty Ltd and Nuheara Limited ("Plaintiffs") filed a

complaint in this action on July 29, 2020 (the "Complaint"), ECF No. 1;

WHEREAS, Plaintiffs filed affidavits of service on Defendants Anker Innovations

Limited, Fantasia Trading LLC D/B/A AnkerDirect, and Power Mobile Life, LLC

("Defendants") on August 31, 2020 (ECF Nos. 7, 8, 9);

WHEREAS, the Court granted a stipulation providing Defendants a 21-day extension

to the deadline to respond to the Complaint, up to and including October 6, 2020, ECF. No.

13;

STIPULATION AND ORDER TO EXTEND
TIME
2:20-cv-01161-BJR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

1    WHEREAS, to avoid any dispute as to service, Defendants have agreed to waive

2    service, including on behalf of Anker Innovations Limited, a Hong Kong company located in

3    Hong Kong, and all Defendants will have an additional sixty-two (62) days (60 days falls on a

4    weekend) to respond to the Complaint, up to and including December 7, 2020.

5    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

6    Plaintiffs and Defendants as follows:

7    Defendants will have up to and including December 7, 2020 to respond to the

8    Complaint.

9    DATED: September 30, 2020              By:  *s/Melanie D. Phillips*
                                                *s/Diana M. Rutowski*
10                                              *s/Yufeng (Ethan) Ma*

11                                          Melanie D. Phillips (WSBA No. 48945)
                                            mphillips@orrick.com
12                                          701 Fifth Avenue
                                            Suite 5600
13                                          Seattle, WA  98104-7097
                                            Telephone:  +1 206 839 4300
14                                          Facsimile:  +1 206 839 4301

15                                          Diana M. Rutowski (*pro hac vice* pending)
16                                          drutowski@orrick.com
                                            1000 Marsh Road
17                                          Menlo Park, CA  94025
                                            Telephone: +1 650 614 7400
18                                          Facsimile: +1 650 614 7401

19                                          Yufeng (Ethan) Ma (*pro hac vice* pending)
20                                          yma@orrick.com
                                            4703 Park Place
21                                          1601 Nanjing Road West
                                            Shanghai, 200040
22                                          People's Republic of China
                                            Telephone: +86-21-6109-7000
23                                          Facsimile: +86-21-6109-7022

24

25                                          *Attorneys for Defendants*
                                            *ANKER INNOVATIONS, Ltd.,*
26                                          *FANTASIA TRADING LLC D/B/A*
                                            *ANKERDIRECT, and POWER MOBILE*
27                                          *LIFE, LLC*

28

STIPULATION AND ORDER TO EXTEND
TIME                                        - 2 -
2:20-cv-01161-BJR                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                                   701 Fifth Avenue, Suite 5600
                                                                   Seattle, Washington  98104-7097
                                                                        +1 206 839 4300

1    DATED: September 30, 2020              By: *s/Lauren B. Rainwater*
                                                *s/Martha Jahn Snyder*
2
                                            Lauren B. Rainwater, WSBA #43625
3                                           DAVIS WRIGHT TREMAINE LLP
                                            920 Fifth Avenue, Suite 3300
4                                           Seattle, Washington 98104-1610
                                            Tel.: (206) 622-3150
5                                           Fax: (206) 757-7700
                                            Email: laurenrainwater@dwt.com
6
7                                           Martha Jahn Snyder (*pro hac vice*)
                                            martha.snyder@quarles.com
8                                           QUARLES & BRADY LLP
                                            33 East Main Street, Suite 900
9                                           Madison, Wisconsin  53703
                                            Tel.: (608) 251-5000
10
11                                          *Attorneys for Plaintiffs, NUHEARA IP PTY LTD*
                                            *and NUHEARA LIMITED*
12

13

14

15          I, Melanie D. Phillips, hereby attest that all signatories listed, and on whose behalf the

16   filing is submitted, concur in the filing's content and have authorized the filing.

17

18

19   DATED: September 30, 2020              By: *s/Melanie D. Phillips*
                                                Melanie D. Phillips
20

21

22

23

24

25

26

27

28
     STIPULATION AND ORDER TO EXTEND
     TIME                                        - 3 -        ORRICK, HERRINGTON & SUTCLIFFE LLP
     2:20-cv-01161-BJR                                                  701 Fifth Avenue, Suite 5600
                                                                    Seattle, Washington  98104-7097
                                                                           +1 206 839 4300

1

2          IT IS SO ORDERED.

3

4     Dated this 1st day of October, 2020

5

6

7                                              Barbara J. Rothstein
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND
TIME                                    - 4 -
2:20-cv-01161-BJR