The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NUHEARA IP PTY LTD and NUHEARA LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ANKER INNOVATIONS LIMITED, FANTASIA TRADING LLC d/b/a ANKERDIRECT, and POWER MOBILE LIFE, LLC,<br><br>Defendants. | Case No. 2:20-cv-01161-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff Nuheara IP Pty Ltd and Nuheara Limited ("Plaintiffs") filed a complaint in this action on July 29, 2020 (the "Complaint"), ECF No. 1;

WHEREAS, Plaintiffs filed affidavits of service on Defendants Anker Innovations Limited, Fantasia Trading LLC D/B/A AnkerDirect, and Power Mobile Life, LLC ("Defendants") on August 31, 2020 (ECF Nos. 7, 8, 9);

WHEREAS, the Court granted a stipulation providing Defendants a 21-day extension to the deadline to respond to the Complaint, up to and including October 6, 2020, ECF. No. 13;

WHEREAS, in light of the Parties' request and Defendants' agreement to waive

STIPULATION AND ORDER TO EXTEND TIME
2:20-cv-01161-BJR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

1  service, including on behalf of Anker Innovations Limited, a Hong Kong company located in
2  Hong Kong, the Court granted an additional stipulation providing Defendants a sixty-two (62)
3  day extension to the deadline to respond to the Complaint, up to and including December 7,
4  2020, ECF. No. 19;

5  WHEREAS, the Parties are currently engaged in settlement discussions and to
6  facilitate such discussions so stipulate that all Defendants will have an additional fourteen (14)
7  days respond to the Complaint, up to and including December 21, 2020;

8  WHEREAS, the Parties likewise stipulate that, should one or more Defendants file a
9  motion in response to the Complaint, Plaintiffs' time to respond will be extended up to and
10 including January 25, 2021.

11 **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by
12 Plaintiffs and Defendants as follows:

13 Defendants will have up to and including December 21, 2020 to respond to the
14 Complaint.

15 Plaintiffs will have up to and including January 25, 2021 to respond to any motion filed
16 by one or more Defendants in response to the Complaint.

17 DATED: December 7, 2020         By:   *s/Melanie D. Phillips*
18                                       *s/Diana M. Rutowski*
19                                       *s/Yufeng (Ethan) Ma*
                                         Melanie D. Phillips (WSBA No. 48945)
20                                       mphillips@orrick.com
                                         701 Fifth Avenue
21                                       Suite 5600
                                         Seattle, WA  98104-7097
22                                       Telephone:  +1 206 839 4300
                                         Facsimile:  +1 206 839 4301
23
                                         Diana M. Rutowski (admitted *pro hac vice*)
24                                       drutowski@orrick.com
                                         1000 Marsh Road
25                                       Menlo Park, CA  94025
                                         Telephone: +1 650 614 7400
26                                       Facsimile: +1 650 614 7401
27
28

STIPULATION AND ORDER TO EXTEND TIME
2:20-cv-01161-BJR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

Yufeng (Ethan) Ma (admitted *pro hac vice*)
yma@orrick.com
4703 Park Place
1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
Telephone: +86-21-6109-7000
Facsimile: +86-21-6109-7022

*Attorneys for Defendants*
ANKER INNOVATIONS, Ltd.,
FANTASIA TRADING LLC D/B/A
ANKERDIRECT, and POWER MOBILE
LIFE, LLC

DATED: December 7, 2020

By: *s/Benjamin J. Byer*
     *s/Lauren B. Rainwater*
     *s/Martha Jahn Snyder*
Benjamin J. Byer, WSBA #38206
Lauren B. Rainwater, WSBA #43625
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Tel.: (206) 622-3150
Fax: (206) 757-7700
Email: benbyer@dwt.com
Email: laurenrainwater@dwt.com

Martha Jahn Snyder (admitted *pro hac vice*)
martha.snyder@quarles.com
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin  53703
Tel.: (608) 251-5000

*Attorneys for Plaintiffs, NUHEARA IP PTY LTD and NUHEARA LIMITED*

STIPULATION AND ORDER TO EXTEND TIME
2:20-cv-01161-BJR

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

I, Melanie D. Phillips, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 7, 2020    By:    *s/Melanie D. Phillips*
                                          Melanie D. Phillips

IT IS SO ORDERED.

Dated this 8th day of December, 2020

_____
Barbara J. Rothstein
United States District Judge

STIPULATION AND ORDER TO EXTEND TIME
2:20-cv-01161-BJR

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300