The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUHEARA IP PTY LTD and NUHEARA LIMITED,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>ANKER INNOVATIONS LIMITED, FANTASIA TRADING LLC d/b/a ANKERDIRECT, and POWER MOBILE LIFE, LLC,<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 2:20-cv-01161-BJR<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** |

    The Court hereby GRANTS Plaintiffs' unopposed motion to amend the scheduling order for the reasons set forth in the motion. The Court's March 10, 2021 Order Setting Trial Dates and Related Dates ("Scheduling Order") is hereby amended by moving the date for opening expert reports and adding a date for rebuttal expert reports, as follows:

    Opening – October 20, 2021

    Rebuttal – December 1, 2021

These amendments do not alter any other deadlines set forth in the Scheduling Order.

SO ORDERED.

DATED this 5th day of April, 2020,

*Barbara J. Rothstein*
The Honorable Barbara J. Rothstein
United States District Court Judge