The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUHEARA IP PTY LTD and NUHEARA LIMITED,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>    v.<br><br>ANKER INNOVATIONS LIMITED, FANTASIA TRADING LLC d/b/a ANKERDIRECT, and POWER MOBILE LIFE, LLC,<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 2:20-cv-01161-BJR<br><br>**ORDER AMENDING CASE SCHEDULE** |

The Court hereby GRANTS the parties' Amended Joint Motion to Amend Case schedule for the reasons set forth in the amended motion. The case schedule is amended as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Liability Rebuttal Expert Reports | December 1, 2021 | December 29, 2021 |
| Damages Rebuttal Expert Report | | January 19, 2022 |
| Damages Reply Expert Reports | *None* | February 9, 2022 |
| Close of Discovery | January 12, 2022 | February 23, 2022 |
| Dispositive Motions | February 11, 2022 | March 11, 2022 |

| Motions *in Limine* | June 6, 2022 | July 6, 2022 |
| --- | --- | --- |
| Joint Pretrial Statement | June 13, 2022 | July 13, 2022 |
| Pretrial Conference | June 27, 2022 | July 27, 2022 |
| Jury Trial Date | July 11, 2022 | August 15, 2022 |

SO ORDERED.

DATED: December 9, 2021

*/s/ Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
United States District Judge

- 2 -