The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NUHEARA IP PTY LTD and NUHEARA LIMITED,

    Plaintiffs and Counterclaim-Defendants,

v.

ANKER INNOVATIONS LIMITED, FANTASIA TRADING LLC d/b/a ANKERDIRECT, and POWER MOBILE LIFE, LLC,

    Defendants and Counterclaim-Plaintiffs.

Case No. 2:20-cv-01161-BJR

**ORDER AMENDING CASE SCHEDULE IN LIGHT OF COVID TRAVEL RESTRICTIONS AND SETTLEMENT DISCUSSIONS**

The Court hereby GRANTS the parties' Joint Motion to Amend Case Schedule for the reasons set forth in the motion. The case schedule is amended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Damages Reply Expert Reports | February 9, 2022 | March 11, 2022 |
| Close of Discovery | February 23, 2022 | March 25, 2022 |
| Dispositive Motions | March 11, 2022 | April 11, 2022 |
| Motions *in Limine* | July 6, 2022 | August 5, 2022 |
| Joint Pretrial Statement | July 13, 2022 | August 12, 2022 |

ORDER AMENDING CASE SCHEDULE
Case No. 2:20-cv-01161-BJR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Pretrial Conference | July 27, 2022 | August 26, 2022 |
| Jury Trial Date | August 15, 2022 | September 19, 2022 |

**IT IS SO ORDERED.**

DATED: January 27, 2022

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

ORDER AMENDING CASE SCHEDULE
Case No. 2:20-cv-01161-BJR

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300